**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Amon-Ra E. Dobbins, | |
| Plaintiff, | Case No.: 2:21-cv-01004 |
| vs. | |
| Groveport Madison Local School District by and through the Groveport Madison Board of Education, et al. | Judge: Michael H. Watson<br>Magistrate Judge: Elizabeth Preston Deavers |
| Defendants. | |

**NOTICE OF INTENT TO USE COURT MEDIATOR**

Pursuant to the Court's Order dated November 10, 2021 (Doc #: 19), the parties have come to an agreement to proceed with mediation in this matter. The parties request that the Court appoint a mediator.

Respectfully submitted,

**/s/ Chanda L. Brown**
Chanda L. Brown (0081076)
WALTON + BROWN, LLP
395 East Broad Street, Suite 200
Columbus, Ohio 43215
Telephone:    (614) 636-3476
Facsimile:     (614) 636-3453
Email: cbrown@waltonbrownlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon the following counsel of record by electronic mail and via the court's electronic filing system, this 9th day of December 2021.

Beverly A. Meyer, Esq.
Jason R. Stuckey, Esq.
Daniel A. Sabol, Esq.
BRICKER & ECKLER LLP
312 N. Patterson Blvd., Suite 200
Dayton, Ohio 45402-1800
Telephone: (937) 224-5300
Facsimile: (937) 224-5301
bmeyer@bricker.com
jstuckey@bricker.com
dsabol@bricker.com
*Attorneys for Defendants*

                                          **/s/ Chanda L. Brown**
                                          Chanda L. Brown (0081076)