## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Amon-Ra E. Dobbins, | |
| | Case No.:  2:21-cv-01004 |
| Plaintiff, | |
| vs. | |
| | Judge: Michael H. Watson |
| Groveport Madison Local School District by and through the Groveport Madison Board of Education, et al. | Magistrate Judge: Elizabeth Preston Deavers |
| Defendants. | |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT GARILEE OGDEN

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of all claims against Defendant Garilee Ogden from this action WITHOUT Prejudice.  This case **SHALL REMAIN ACTIVE** as against all other defendants.

.

**/s/ Jason R. Stuckey**
Beverly A. Meyer, Esq.
Jason R. Stuckey, Esq.
BRICKER & ECKLER LLP
312 N. Patterson Blvd., Suite 200
Dayton, Ohio 45402-1800
Telephone: (937) 224-5300
Facsimile: (937) 224-5301
bmeyer@bricker.com
jstuckey@bricker.com
*Attorneys for Defendants*

**/s/Chanda L. Brown**
Chanda L. Brown  (0081076)
Walton + Brown, LLP
395 East Broad Street, Suite 200
Columbus, Ohio 43215
Telephone:      (614) 636-3476
Facsimile:       (614) 636-3453
Email:  cbrown@waltonbrownlaw.com
*Attorney for Plaintiff*

.

17341176v1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, a copy of the foregoing was filed electronically with the Clerk of this Court.  Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

Page **2** of **2**

17341176v1