IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMON-RA E. DOBBINS,

    Plaintiff,

v.                     Civil Action 2:21-cv-1004
                           Judge Michael H. Watson
GROVEPORT MADISON    Magistrate Judge Elizabeth P. Deavers
SCHOOL DISTRICT,
*et al.*,

    Defendants.

## ORDER

This case has been reported settled. Accordingly, the parties are **DIRECTED** to file a **JOINT WRITTEN STATUS REPORT** detailing the status, but not the substance, of their settlement efforts for this case by **APRIL 7, 2022**, unless they have filed an appropriate dismissal entry prior to that date.

    IT IS SO ORDERED.

                                                   /s/ *Elizabeth A. Preston Deavers*
DATED: March 7, 2022            **ELIZABETH A. PRESTON DEAVERS**
                                                   **UNITED STATES MAGISTRATE JUDGE**