IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AMON-RA E. DOBBINS,

      Plaintiff,

v.                           Civil Action 2:21-cv-1004
                            Judge Michael H. Watson
GROVEPORT MADISON         Magistrate Judge Elizabeth P. Deavers
SCHOOL DISTRICT,
*et al.*,

      Defendants.

## ORDER

This case has been reported settled.  Accordingly, the parties are **DIRECTED** to file a **JOINT WRITTEN STATUS REPORT** detailing the status, but not the substance, of their settlement efforts for this case by **AUGUST 8, 2022**, unless they have filed an appropriate dismissal entry prior to that date.  This case remains **STAYED** in the interim.

    IT IS SO ORDERED.

DATED:  June 9, 2022                  */s/ Elizabeth A. Preston Deavers*
                                          ELIZABETH A. PRESTON DEAVERS
                                          UNITED STATES MAGISTRATE JUDGE