United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Sargus, Judge Watson and Magistrate Judge Deavers

FROM: Scott Miller , Deputy Clerk

DATE: 6/21/22

SUBJECT: Case Caption: United States of America v. Groveport Madison Local School District Board of Education

CASE: Case Number: Doc. 2:22-cv-2488 1

DISTRICT JUDGE: Judge Sargus and Magistrate Judge Deavers

File Date: 6/15/22

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Dobbins v. Groveport Madison Local District, et al.

Case Number: Doc. 2:21-cv-1004 1      District Judge: Watson

File Date: 3/10/21      Magistrate Judge: Deavers

**Related Case(s):**

Case Caption:

Case Number:      District Judge:

File Date:      Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Scott Miller or Ed Rivera** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☒ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

s/Edmund A. Sargus, Jr. 6/23/2022
United States District Judge

[signature]
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*