# IN THE UNITED STATES DISTRICT COURT
# SOURTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Amon-Ra E. Dobbins, | |
| Plaintiff, | Case No.: 2:21-cv-01004 |
| vs. | |
| Groveport Madison Local School District by and through the Groveport Madison Board of Education, et al. | Judge: Michael H. Watson<br>Magistrate Judge: Elizabeth Preston Deavers |
| Defendants. | |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Amon-Ra Dobbins, voluntarily dismisses this action and all claims against Defendants Groveport Madison and Garilee Ogden with prejudice.

| | |
|---|---|
| **/s/Beverly A. Meyer** | **/s/Chanda L. Brown** |
| Beverly A. Meyer, Esq. | Chanda L. Brown  (0081076) |
| Jason R. Stuckey, Esq. | Walton + Brown, LLP |
| BRICKER & ECKLER LLP | 395 East Broad Street, Suite 200 |
| 312 N. Patterson Blvd., Suite 200 | Columbus, Ohio 43215 |
| Dayton, Ohio 45402-1800 | Telephone:     (614) 636-3476 |
| Telephone: (937) 224-5300 | Facsimile:     (614) 636-3453 |
| Facsimile: (937) 224-5301 | Email:  cbrown@waltonbrownlaw.com |
| bmeyer@bricker.com | *Attorney for Plaintiff* |
| jstuckey@bricker.com | |
| *Attorneys for Defendants* | |

.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, a copy of the foregoing was filed electronically with the Clerk of this Court.  Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Chanda L. Brown
Chanda L. Brown (0081076)